NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK DOZIER,                                )
                                            )
      Appellant,               )
                                            )
v.                                          )          Case No. 2D18-723
                                            )
CIT BANK, N.A.,                             )
                                            )
      Appellee.                )
_____   )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Mark Dozier, Holiday, pro se Appellant.

Shannon T. Sinai of Albertelli Law, Tampa,
for Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.